Stephen M. Doniger, Esq. (SBN 179314)
David Shein, Esq. (SBN 230870)
**DONIGER / BURROUGHS, APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Electronic: stephen@donigerlawfirm.com
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California Limited Liability Company doing business as "J. STEGER",<br><br>Plaintiff,<br><br>vs.<br><br>SMASH, INC., a California Corporation; PLANET FUNK, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV09-1132 SVW (SSx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**JUDGMENT** |

The Court, after reviewing the Fed.R.Civ.P. 68 Offer of Judgment made by Defendants (Docket No. 16) and the Joint Notice of Acceptance (Docket No. 17), enters Judgment in the above-referenced matter as follows:

1) Defendants SMASH, INC. and PLANET FUNK, INC. shall be enjoined from any further use of Plaintiff's "Imperator" design (a true and correct

copy of which is attached hereto as Exhibit "1") and "Opus Dei" design (a true and correct copy of which is attached hereto as Exhibit "2"), and

2) Judgment in the amount of $12,000.00 shall be entered against Defendants SMASH, INC. and PLANET FUNK, INC. jointly and severally in favor of Plaintiff.

3) Each party is to otherwise bear its own costs and fees.

IT IS SO ORDERED.

Dated: September 30, 2009    By: _____
                                HON. STEPHEN V. WILSON
                                UNITED STATES DISTRICT COURT JUDGE